LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Travis Pierre-Louis

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 646.494.0667
travis@lipskylowe.com

www.lipskylowe.com

September 2, 2026

VIA ECF
The Honorable Arun Subramanian, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Savanello v. Hamilton Restaurant Group Inc. et al.*,
No. 1:26-cv-4794 (AS)

Dear Judge Subramanian:

This firm represents Plaintiff. Pursuant to Paragraphs 3.E and 4.D of Your Honor's Individual Practices and the Court's June 10, 2026 Notice (ECF No. 6), Plaintiff respectfully requests an adjournment of the September 10, 2026 initial pretrial conference and an extension of the associated joint-submission deadline until a date set in connection with the rescheduled conference.

All Defendants have been served. Defendant Hamilton Restaurant Group Inc. was served on August 13, 2026 (ECF No. 9). Individual Defendants Mikey Sheridan and Michael Talty were served on August 21, 2026, and their affidavits of service will be filed promptly upon receipt from the process server. No Defendant has appeared, and the individual Defendants' time to respond has not yet expired. Plaintiff therefore has been unable to confer with Defendants or prepare the required joint submission.

Upon filing this case and before arranging formal service on Defendants, Plaintiff's counsel contacted an attorney who previously represented Defendants to determine whether he would appear and accept service. After multiple follow-ups, the attorney advised on July 14, 2026, that he was still conferring with his client regarding representation and requested additional time. Plaintiff followed up again on July 31 but received no response, after which Plaintiff arranged formal service. Accordingly, because no Defendant has appeared, Plaintiff cannot state Defendants' position. The next scheduled appearance is the September 10, 2026 conference.

This is Plaintiff's first request for an adjournment or extension, and no prior requests have been granted or denied.

LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM



We thank the Court for its attention to this letter motion.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Travis Pierre-Louis
Travis Pierre-Louis

GRANTED.

The initial pretrial conference scheduled for September 10, 2026, is hereby adjourned until November 12, 2026 at 4:00 PM. The parties are required to file a joint letter, the contents of which are described in the order at Dkt. 8, on or before **the Wednesday before November 12, 2026**.

Plaintiff should keep the Court apprised of any further developments.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 3, 2026