LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Travis Pierre-Louis

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 646.494.0667
travis@lipskylowe.com

www.lipskylowe.com

November 9, 2026

VIA ECF
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Savanello v. Hamilton Restaurant Group Inc. et al.*,
No. 1:26-cv-4794 (AS)

Dear Judge Subramanian:

This firm represents Plaintiff Dante Savanello. In response to the Court's November 5, 2026 Order (ECF No. 14), and pursuant to Paragraphs 3.E and 4.D of Your Honor's Individual Practices, Plaintiff respectfully requests that the Court adjourn the November 12, 2026 initial pretrial conference *sine die* and relieve the parties of the associated joint-submission requirement in light of Defendants' continued failure to appear or respond to the Complaint.

As previously reported to the Court, all three Defendants have been served. Defendant Hamilton Restaurant Group Inc. was served on August 13, 2026 (ECF No. 9), and individual Defendants Mikey Sheridan and Michael Talty were served on August 21, 2026 (ECF Nos. 12–13). Their respective deadlines to respond expired on September 3 and September 11, 2026. Nevertheless, no Defendant has appeared, answered, or otherwise responded to the Complaint.

Given Defendants' continued failure to appear or otherwise respond to the Complaint, Plaintiff has filed requests for Clerk's Certificates of Default pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1 (ECF Nos. 15 - 20). Upon entry of default by the Clerk, Plaintiff intends to move for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). Under these circumstances, Plaintiff respectfully submits that an initial pretrial conference would be premature and that preparation of a joint case management submission is neither feasible nor necessary.

LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM



Accordingly, Plaintiff respectfully requests that the Court adjourn the November 12, 2026 initial pretrial conference *sine die* and relieve Plaintiff of the joint-submission requirement set forth in the Court's November 5, 2026 Order (ECF No. 14).

This is Plaintiff's second request concerning the initial pretrial conference. Plaintiff's September 2, 2026 request was granted (ECF No. 11). No Defendant has appeared, and Plaintiff therefore cannot ascertain Defendants' position on the present request. The next scheduled appearance is the November 12, 2026 conference, and the joint-submission deadline is November 9, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

/s/ Travis Pierre-Louis
Travis Pierre-Louis

GRANTED.

The initial pretrial conference scheduled for November 12, 2026, is hereby canceled.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 10, 2026